UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK BATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　　　Defendants. | Case No.　5:15-cv-05729-EJD<br><br>**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　On April 14, 2016, Plaintiff filed a document indicating his voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action.  Dkt. No. 23.

　　　In order to determine the position of all parties on this issue, the court orders Defendants to file a similar document indicating either consent or declination to proceed before a United States Magistrate Judge on or before **April 21, 2016.**

　　　**IT IS SO ORDERED.**

Dated:  April 14, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-05729-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE