UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FREDERICK BATES,

    Plaintiff,

    v.

CITY OF SAN JOSE, et al.,

    Defendants.

Case No. 5:15-cv-05729-EJD

**ORDER DIRECTING CLERK TO REASSIGN CASE**

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (Dkt. Nos. 23, 27), the Clerk shall reassign it to an available magistrate judge.

**IT IS SO ORDERED.**

Dated: April 15, 2016

                        EDWARD J. DAVILA
                        United States District Judge